No. 99–7025. ELLINGTON v. PRUNTY ET AL. C. A. 9th Cir. Certiorari denied.

No. 99–7027. EDMON v. MCDANIEL ET AL. C. A. 5th Cir. Certiorari denied.

No. 99–7029. DUNN v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 99–7030. GREEN v. NEW JERSEY. Super. Ct. N. J., App. Div. Certiorari denied.

No. 99–7033. ELLISON v. SMITH, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 99–7037. GIBSON v. SONDALLE, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 99–7042. PARKER v. ELEVENTH AVENUE MEDICAL GROUP ET AL. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 99–7043. SHAW v. TEXAS BOARD OF PARDONS. C. A. 5th Cir. Certiorari denied.

No. 99–7044. SHEA v. WISCONSIN. Ct. App. Wis. Certiorari denied.

No. 99–7048. DAFT v. WEST VIRGINIA. Cir. Ct. Preston County, W. Va. Certiorari denied.

No. 99–7050. ENGLEHART v. DUVAL. C. A. 1st Cir. Certiorari denied.

No. 99–7054. VALENZUELA FLORES v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 99–7056. MIMS v. APFEL, COMMISSIONER OF SOCIAL SECURITY. C. A. 2d Cir. Certiorari denied.

No. 99–7058. JOHNSON v. CAMPBELL, COMMISSIONER, TENNESSEE DEPARTMENT OF CORRECTION, ET AL. C. A. 6th Cir. Certiorari denied.